# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Olivia Knapp | § | Case No. 12-22320 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/31/2012 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $      88,017.58

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 34,044.10 |
| Bank service fees | 227.98 |
| Other payments to creditors | 20,211.87 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]      $ | 18,533.63 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6. The deadline for filing non-governmental claims in this case was  09/21/2012  and the deadline for filing governmental claims was  09/21/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7. The Trustee's proposed distribution is attached as **Exhibit D**.

   8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,900.88 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 6,900.88 , for a total compensation of $ 6,900.88 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 11.80 , for total expenses of $ 11.80 [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/15/2017                    By:/s/Joji Takada, Chapter 7 Trustee
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-22320 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Olivia Knapp | | | | Date Filed (f) or Converted (c): | 05/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 12/15/2017 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account<br><br>Checking account with TCF | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods<br><br>Misc used household goods | 900.00 | 900.00 | | 0.00 | FA |
| 3. Wearing Apparel<br><br>used clothing | 300.00 | 300.00 | | 0.00 | FA |
| 4. Lawsuit<br><br>Personal Injury claim - car accident - GWC Lawfirm, Attorney Timothy Keiser | 0.00 | 0.00 | | 88,017.58 | FA |
| 5. Vehicle<br><br>2009 Hyundai Elantra - 50K miles | 8,025.00 | 8,025.00 | | 0.00 | FA |
| 6. Vehicle<br><br>2006 Honda Civic - 81K miles | 2,775.00 | 2,775.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

TOTALS (Excluding Unknown Values)   $12,000.00   $12,000.00   

Gross Value of Remaining Assets
$88,017.58   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired special counsel to pursue personal injury lawsuit; Special counsel proceeding to trial; Periodic contact with PI counsel regarding status of case.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Contacted PI attorney; A week before defendant driver dep. he died. defense given leave to appoint administrator. this will slow this case down. - Joji Takada 8/21/2014

Contacted PI attorney regarding status. - Joji Takada 4/6/2015

Witness deposition taken; PI attorney anticipates settlement figures to be shared/discussed. - Joji Takada 10/6/2015

Discovery ongoing in pending PI litigation. - Joji Takada 12/22/2015

Settlement offer made; Pending medical lien issues. - Joji Takada 9/24/2016

Settlement offer made; Pending medical lien issues. - Joji Takada 11/16/2016

Initial Projected Date of Final Report (TFR): 05/31/2014   Current Projected Date of Final Report (TFR): 12/30/2017

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 12-22320  
Case Name: Olivia Knapp  
Taxpayer ID No: XX-XXX3775  
For Period Ending: 12/15/2017  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0478  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/17 | 4 | Goldberg Weisman Cairo LTD | Settlement payment re: vehicle accident | 1142-000 | $88,017.58 | | $88,017.58 |
| 06/28/17 | 1001 | Goldberg Weisman Cairo One East Wacker Drive 38th Floor Chicago, Illinois 60601-9654 Attn: Dan Streckert | Payment to trustee professional Special counsel fee/costs | | | $34,044.10 | $53,973.48 |
| | | Goldberg Weisman Cairo | ($29,339.19) | 3210-000 | | | |
| | | Goldberg Weisman Cairo | ($4,704.91) | 3220-000 | | | |
| 06/28/17 | 1002 | NR Anesthesia and Pain Management 2829 West Fullerton Avenue Chicago, Illinois 60639 | Medical lien payoff | 4220-000 | | $2,393.51 | $51,579.97 |
| 06/28/17 | 1003 | Malek, Michel PO Box 709 Kankakee, Illinois 60901 | Medical lien payoff | 4220-000 | | $1,330.50 | $50,249.47 |
| 06/28/17 | 1004 | Illinois Department of Healthcare and Family Services Department of Collections Technical Recovery PO Box 19174 Springfield, Illinois 62794 | Medical lien payoff | 4220-000 | | $2,258.86 | $47,990.61 |
| 06/28/17 | 1005 | Advanced Physicians 16101 Weber Road Crest Hill, Illinois 60403 | Medical lien payoff | 4220-000 | | $315.00 | $47,675.61 |
| 06/28/17 | 1006 | Adventist Bolingbrook Hospital c/o 250 Parkway Drive, Suite 160 Lincolnshire, Illinois 60069 Attn: Neil Greene | Medical lien payoff | 4220-000 | | $2,000.00 | $45,675.61 |
| 06/28/17 | 1007 | Fullerton Surgery Center 4849 West Fullerton Avenue Chicago, Illinois 60639 | Medical lien payoff | 4220-000 | | $11,914.00 | $33,761.61 |
| 06/28/17 | 1008 | Knapp, Olivia c/o One East Wacker Drive 38th Floor Chicago, Illinois 60601-9654 Attn: Daniel Streckert | Exemption | 8100-002 | | $15,000.00 | $18,761.61 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.20 | $18,719.41 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.27 | $18,643.14 |

Page Subtotals: $88,017.58   $69,374.44

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 12-22320   Trustee Name: Joji Takada, Chapter 7 Trustee
Case Name: Olivia Knapp   Bank Name: Associated Bank
 Account Number/CD#: XXXXXX0478
 Checking
Taxpayer ID No: XX-XXX3775   Blanket Bond (per case limit): $5,000,000.00
For Period Ending: 12/15/2017   Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.40 | $18,614.74 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.78 | $18,587.96 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.63 | $18,560.33 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.70 | $18,533.63 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $88,017.58 | $69,483.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $88,017.58 | $69,483.95 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $88,017.58 | $54,483.95 |

Page Subtotals:   $0.00   $109.51

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0478 - Checking | $88,017.58 | $54,483.95 | $18,533.63 |
|  | $88,017.58 | $54,483.95 | $18,533.63 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $88,017.58 |
| Total Gross Receipts: | $88,017.58 |

Page Subtotals:                    $0.00            $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-22320  
Debtor Name: Olivia Knapp  
Claims Bar Date: 9/21/2012  

Date: December 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Olivia Knapp<br>c/o One East Wacker Drive<br>38th Floor<br>Chicago, Illinois 60601-9654<br>Attn: Daniel Streckert | Administrative | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $6,900.88 | $6,900.88 |
| 100 2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Administrative | | $0.00 | $11.80 | $11.80 |
| 100 3210 | Goldberg Weisman Cairo<br>One East Wacker Drive<br>38th Floor<br>Chicago, Illinois 60601-9654<br>Attn: Dan Streckert | Administrative | | $0.00 | $29,339.19 | $29,339.19 |
| 100 3220 | Goldberg Weisman Cairo<br>One East Wacker Drive<br>38th Floor<br>Chicago, Illinois 60601-9654<br>Attn: Dan Streckert | Administrative | | $0.00 | $4,704.91 | $4,704.91 |
| 1 300 7100 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Texas 75243 | Unsecured | | $0.00 | $8,895.04 | $8,895.04 |
| 2 300 7100 | Student Loan Finance Corp<br>124 South 1St Street<br>Aberdeen, Sd 57401 | Unsecured | | $0.00 | $3,747.47 | $3,747.47 |
| 3 300 7100 | Pyod, Llc Its Successors And<br>Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Unsecured | | $0.00 | $635.33 | $635.33 |
| 4 300 7100 | N. A. Citibank<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $7,255.71 | $7,255.71 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 12-22320  
Debtor Name: Olivia Knapp  
Claims Bar Date: 9/21/2012  

Date: December 15, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5<br>300<br>7100 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $554.15 | $554.15 |
| 400<br>4220 | Advanced Physicians<br>16101 Weber Road<br>Crest Hill, Illinois 60403 | Secured | | $0.00 | $315.00 | $315.00 |
| 400<br>4220 | Adventist Bolingbrook Hospital<br>c/o 250 Parkway Drive, Suite 160<br>Lincolnshire, Illinois 60069<br>Attn: Neil Greene | Secured | | $0.00 | $2,000.00 | $2,000.00 |
| 400<br>4220 | Fullerton Surgery Center<br>4849 West Fullerton Avenue<br>Chicago, Illinois 60639 | Secured | | $0.00 | $11,914.00 | $11,914.00 |
| 400<br>4220 | Illinois Department of Healthcare<br>and Family Services<br>Department of Collections<br>Technical Recovery<br>PO Box 19174<br>Springfield, Illinois 62794 | Secured | | $0.00 | $2,258.86 | $2,258.86 |
| 400<br>4220 | Michel Malek, MD<br>PO Box 709<br>Kankakee, Illinois 60901 | Secured | | $0.00 | $1,330.50 | $1,330.50 |
| 400<br>4220 | NR Anesthesia and Pain Management<br>2829 West Fullerton Avenue<br>Chicago, Illinois 60639 | Secured | | $0.00 | $2,393.51 | $2,393.51 |
| | Case Totals | | | $0.00 | $97,256.35 | $97,256.35 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2    Printed: December 15, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-22320  
Case Name: Olivia Knapp  
Trustee Name: Joji Takada, Chapter 7 Trustee  

Balance on hand $ 18,533.63

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | NR Anesthesia and Pain Management | $ 2,393.51 | $ 2,393.51 | $ 2,393.51 | $ 0.00 |
| | Michel Malek, MD | $ 1,330.50 | $ 1,330.50 | $ 1,330.50 | $ 0.00 |
| | Illinois Department of Healthcare and Family Services | $ 2,258.86 | $ 2,258.86 | $ 2,258.86 | $ 0.00 |
| | Advanced Physicians | $ 315.00 | $ 315.00 | $ 315.00 | $ 0.00 |
| | Adventist Bolingbrook Hospital | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| | Fullerton Surgery Center | $ 11,914.00 | $ 11,914.00 | $ 11,914.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 18,533.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 6,900.88 | $ 0.00 | $ 6,900.88 |
| Trustee Expenses: Joji Takada | $ 11.80 | $ 0.00 | $ 11.80 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Goldberg Weisman Cairo | $ 29,339.19 | $ 29,339.19 | $ 0.00 |
| Attorney for Trustee Expenses: Goldberg Weisman Cairo | $ 4,704.91 | $ 4,704.91 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     6,912.68

Remaining Balance     $     11,620.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,087.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 55.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Fifth Third Bank | $ 8,895.04 | $ 0.00 | $ 4,901.85 |
| 2 | Student Loan Finance Corp | $ 3,747.47 | $ 0.00 | $ 2,065.15 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | $ 635.33 | $ 0.00 | $ 350.12 |
| 4 | N. A. Citibank | $ 7,255.71 | $ 0.00 | $ 3,998.46 |
| 5 | Capital One N. A. | $ 554.15 | $ 0.00 | $ 305.37 |
| | Total to be paid to timely general unsecured creditors | | | $ 11,620.95 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE