UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
Olivia Knapp § Case No. 12-22320
§
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 8,074.00
*(Without deducting any secured claims)* | Assets Exempt: 18,926.00 |
| Total Distributions to Claimants: 31,832.82 | Claims Discharged
Without Payment: 9,466.75 |
| Total Expenses of Administration: 41,184.76 | |

3) Total gross receipts of $ 88,017.58 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 73,017.58 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 20,211.87 | $ 20,211.87 | $ 20,211.87 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 41,184.76 | 41,184.76 | 41,184.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 21,087.70 | 21,087.70 | 11,620.95 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 82,484.33 | $ 82,484.33 | $ 73,017.58 |

4) This case was originally filed under chapter 7 on 05/31/2012 . The case was pending for 72 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/15/2018         By: /s/Joji Takada, Chapter 7 Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Lawsuit | 1142-000 | 88,017.58 |
| **TOTAL GROSS RECEIPTS** | | **$88,017.58** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Knapp, Olivia | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Physicians | 4220-000 | NA | 315.00 | 315.00 | 315.00 |
| | Adventist Bolingbrook Hospital | 4220-000 | NA | 2,000.00 | 2,000.00 | 2,000.00 |
| | Fullerton Surgery Center | 4220-000 | NA | 11,914.00 | 11,914.00 | 11,914.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Healthcare and Family Services | 4220-000 | NA | 2,258.86 | 2,258.86 | 2,258.86 |
| | Michel Malek, MD | 4220-000 | NA | 1,330.50 | 1,330.50 | 1,330.50 |
| | NR Anesthesia and Pain Management | 4220-000 | NA | 2,393.51 | 2,393.51 | 2,393.51 |
| **TOTAL SECURED CLAIMS** | | | $ NA | $ 20,211.87 | $ 20,211.87 | $ 20,211.87 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 6,900.88 | 6,900.88 | 6,900.88 |
| Joji Takada | 2200-000 | NA | 11.80 | 11.80 | 11.80 |
| Associated Bank | 2600-000 | NA | 227.98 | 227.98 | 227.98 |
| Goldberg Weisman Cairo | 3210-000 | NA | 29,339.19 | 29,339.19 | 29,339.19 |
| Goldberg Weisman Cairo | 3220-000 | NA | 4,704.91 | 4,704.91 | 4,704.91 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 41,184.76 | $ 41,184.76 | $ 41,184.76 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Capital One N. A. | 7100-000 | NA | 554.15 | 554.15 | 305.37 |
| 1 | Fifth Third Bank | 7100-000 | NA | 8,895.04 | 8,895.04 | 4,901.85 |
| 4 | N. A. Citibank | 7100-000 | NA | 7,255.71 | 7,255.71 | 3,998.46 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank | 7100-000 | NA | 635.33 | 635.33 | 350.12 |
| 2 | Student Loan Finance Corp | 7100-000 | NA | 3,747.47 | 3,747.47 | 2,065.15 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 21,087.70 | $ 21,087.70 | $ 11,620.95 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-22320 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Olivia Knapp | | | | Date Filed (f) or Converted (c): | 05/31/2012 (f) |
| | | | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 04/15/2018 | | | | Claims Bar Date: | 09/21/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking Account<br><br>Checking account with TCF | 0.00 | 0.00 | | 0.00 | FA |
| 2. Household Goods<br><br>Misc used household goods | 900.00 | 900.00 | | 0.00 | FA |
| 3. Wearing Apparel<br><br>used clothing | 300.00 | 300.00 | | 0.00 | FA |
| 4. Lawsuit<br><br>Personal Injury claim - car accident - GWC Lawfirm, Attorney Timothy Keiser | 0.00 | 0.00 | | 88,017.58 | FA |
| 5. Vehicle<br><br>2009 Hyundai Elantra - 50K miles | 8,025.00 | 8,025.00 | | 0.00 | FA |
| 6. Vehicle<br><br>2006 Honda Civic - 81K miles | 2,775.00 | 2,775.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $12,000.00 | $12,000.00 | | $88,017.58 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Hired special counsel to pursue personal injury lawsuit; Special counsel proceeding to trial; Periodic contact with PI counsel regarding status of case.

123013--Litigation value listed as $1.00 because actual value is speculative at this time.

Contacted PI attorney; A week before defendant driver dep. he died. defense given leave to appoint administrator. this will slow this case down. - Joji Takada 8/21/2014

Contacted PI attorney regarding status. - Joji Takada 4/6/2015

Witness deposition taken; PI attorney anticipates settlement figures to be shared/discussed. - Joji Takada 10/6/2015

Discovery ongoing in pending PI litigation. - Joji Takada 12/22/2015

Settlement offer made; Pending medical lien issues. - Joji Takada 9/24/2016

Settlement offer made; Pending medical lien issues. - Joji Takada 11/16/2016

Settled litigation; Confirm re: need for tax returns. - Joji Takada 6/15/2017

Prepare TFR. - Joji Takada 9/1/2017

TFR with UST review. - Joji Takada 12/15/2017

TFR approved and checks issued. - Joji Takada 3/28/2018

Initial Projected Date of Final Report (TFR): 05/31/2014      Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-22320 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Olivia Knapp | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0478 |
| | Checking |
| Taxpayer ID No: XX-XXX3775 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/17 | 4 | Goldberg Weisman Cairo LTD | Settlement payment re: vehicle accident | 1142-000 | $88,017.58 | | $88,017.58 |
| 06/28/17 | 1001 | Goldberg Weisman Cairo<br>One East Wacker Drive<br>38th Floor<br>Chicago, Illinois 60601-9654<br>Attn: Dan Streckert | Payment to trustee professional<br><br>Special counsel fee/costs | | | $34,044.10 | $53,973.48 |
| | | Goldberg Weisman Cairo | ($29,339.19) | 3210-000 | | | |
| | | Goldberg Weisman Cairo | ($4,704.91) | 3220-000 | | | |
| 06/28/17 | 1002 | NR Anesthesia and Pain Management<br>2829 West Fullerton Avenue<br>Chicago, Illinois 60639 | Medical lien payoff | 4220-000 | | $2,393.51 | $51,579.97 |
| 06/28/17 | 1003 | Malek, Michel<br>PO Box 709<br>Kankakee, Illinois 60901 | Medical lien payoff | 4220-000 | | $1,330.50 | $50,249.47 |
| 06/28/17 | 1004 | Illinois Department of Healthcare and Family Services<br>Department of Collections<br>Technical Recovery<br>PO Box 19174<br>Springfield, Illinois 62794 | Medical lien payoff | 4220-000 | | $2,258.86 | $47,990.61 |
| 06/28/17 | 1005 | Advanced Physicians<br>16101 Weber Road<br>Crest Hill, Illinois 60403 | Medical lien payoff | 4220-000 | | $315.00 | $47,675.61 |
| 06/28/17 | 1006 | Adventist Bolingbrook Hospital<br>c/o 250 Parkway Drive, Suite 160<br>Lincolnshire, Illinois 60069<br>Attn: Neil Greene | Medical lien payoff | 4220-000 | | $2,000.00 | $45,675.61 |
| 06/28/17 | 1007 | Fullerton Surgery Center<br>4849 West Fullerton Avenue<br>Chicago, Illinois 60639 | Medical lien payoff | 4220-000 | | $11,914.00 | $33,761.61 |
| 06/28/17 | 1008 | Knapp, Olivia<br>c/o One East Wacker Drive<br>38th Floor<br>Chicago, Illinois 60601-9654<br>Attn: Daniel Streckert | Exemption | 8100-002 | | $15,000.00 | $18,761.61 |
| | | | Page Subtotals: | | $88,017.58 | $69,255.97 | |

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-22320 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Olivia Knapp | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0478 |
| | Checking |
| Taxpayer ID No: XX-XXX3775 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 04/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.20 | $18,719.41 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $76.27 | $18,643.14 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.40 | $18,614.74 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.78 | $18,587.96 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.63 | $18,560.33 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.70 | $18,533.63 |
| 02/22/18 | 1009 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2100-000 | | $6,900.88 | $11,632.75 |
| 02/22/18 | 1010 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Final distribution per court order. | 2200-000 | | $11.80 | $11,620.95 |
| 02/22/18 | 1011 | Fifth Third Bank<br>9441 Lbj Freeway, Suite 350<br>Dallas, Texas 75243 | Final distribution per court order. | 7100-000 | | $4,901.85 | $6,719.10 |
| 02/22/18 | 1012 | Student Loan Finance Corp<br>124 South 1St Street<br>Aberdeen, Sd 57401 | Final distribution per court order. | 7100-000 | | $2,065.15 | $4,653.95 |
| 02/22/18 | 1013 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution per court order. | 7100-000 | | $350.12 | $4,303.83 |

Page Subtotals:    $0.00    $14,457.78

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-22320  
Case Name: Olivia Knapp  
Taxpayer ID No: XX-XXX3775  
For Period Ending: 04/15/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX0478  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/22/18 | 1014 | N. A. Citibank<br>Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Final distribution per court order. | 7100-000 | | $3,998.46 | $305.37 |
| 02/22/18 | 1015 | Capital One N. A.<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $305.37 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $88,017.58 | $88,017.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $88,017.58 | $88,017.58 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $88,017.58 | $73,017.58 |

Page Subtotals: $0.00  $4,303.83

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0478 - Checking | $88,017.58 | $73,017.58 | $0.00 |
|  | $88,017.58 | $73,017.58 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $88,017.58 |
| Total Gross Receipts: | $88,017.58 |

Page Subtotals:  $0.00  $0.00